IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHAD E. OSTERHOUT,  )<br>  )<br>         *Plaintiff*,  )<br>  )<br>*vs*.  )<br>  )<br>1. JASON TIMMS,  )<br>2. KENDALL MORGAN *and*,  )<br>3. LEFLORE CTY. SHERIFF, *in his*  )<br>*official capacity*,  )<br>  )<br>         *Defendants*.  ) | Case No. 20-cv-0264-RAW |

## STATUS REPORT TO THE COURT

COMES NOW the Defendant Kendall Morgan, and pursuant to the Minute Order of the Court dated June 1, 2021 [Doc. 69], would advise the Court as follows:

1. Counsel for Morgan has spoken to U.S. Attorney Jarrod Leaman several times but Leaman had no new information he could provide regarding the criminal investigation of Morgan by his office or the grand jury, other than the investigation is ongoing.

WHEREFORE, Defendant Kendall Morgan respectfully submits this Status Report to the Court, as directed.

                                                                     GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.

                                                                     /*s*/*James L. Gibbs, II*
                                                                      James L. Gibbs, II (OBA #15689)
                                                                      Seth D. Coldiron (OBA #20041)
                                                                      701 N. Broadway Ave., Suite 400
                                                                      Oklahoma City, OK 73102
                                                                      Telephone: (405) 524-2400
                                                                      Facsimile: (405) 525-6004

                                                                      Email: jgibbs@gphglaw.com
                                                                                   scoldiron@gphglaw.com
                                                                      *Attorneys for Defendant,*
                                                                      *Kendall Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of August 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Smolen & Roytman
701 S. Cincinnati Ave.
Tulsa, OK 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669

Email: danielsmolen@ssrok.com

*Attorneys for Plaintiff,*
*Chad E. Osterhout*

Wellon B. Poe
Michael L. Carr
Collins, Zorn & Wagner, PC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
(405) 524-2070
Fax: (405) 524-2078

Email: wbp@czwlaw.com
mlc@czwlaw.com

*Attorneys for Defendant,*
*LeFlore County Sheriff*

Robert S. Lafferrandre
Randall J. Wood
Pierce Couch Hendrickson
 Baysinger & Green, LLP
1109 N. Francis Avenue
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904

Email: rlafferrandre@piercecouch.com
rwood@piercecouch.com

*Attorneys for Defendant, Jason Timms*

*/s/James L. Gibbs, II*
James L. Gibbs, II